# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TERRIS R. JONES, SR., | ) |
| Plaintiff, | ) |
| vs. | ) Case No.: 2:10-cv-01941-GMN-PAL |
| LAS VEGAS VALLEY WATER DISTRICT, *et al.*, | ) **ORDER** |
| Defendants. | ) |

Pending before the Court is Defendants' Motion to Consolidate with case No. 2:11-cv-00435-KJD-PAL, pursuant to Fed. R. Civ. P. 42. (ECF No. 13.)  Plaintiff opposed the motion, and Defendants filed a Reply. (ECF Nos. 14, 15.)

Defendants' motion is based upon the premise that both suits arise from a common set of operative facts and because both address similar legal issues.  While consolidating the actions at the time the motion was filed would likely have served the interests of judicial economy without inconvenience, delay or prejudice to the parties, the status of the cases at this time does not support consolidation.  The litigation in both cases has now been well-developed and discovery is near its end.  Furthermore, Plaintiff has filed a notice of appeal in the instant case. (ECF No. 37.)

Therefore, the Court finds that consolidation is not appropriate at this time.  Nevertheless, if or when the status of the cases change, Defendants still wish to consolidate, Defendants are given leave to re-file their motion.

Accordingly,

**IT IS HEREBY ORDERED** that the Motion to Consolidate (ECF No. 13) is **DENIED**,

1 **without prejudice**.

2     **DATED** this 9th day of January, 2012.

_____
Gloria M. Navarro
United States District Judge