Sheri M. Thome, Esq.
Nevada Bar No. 008657
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, Nevada  89101
(702) 727-1400; FAX (702) 727-1401
sheri.thome@wilsonelser.com
*Attorneys for Defendant Las Vegas Valley Water District*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TERRIS R. JONES,<br><br>           Plaintiff,<br><br>v.<br><br>LAS VEGAS VALLEY WATER DISTRICT,<br><br>           Defendant. | CASE NO:   2:10-cv-01941-GMN-PAL<br><br>**DEFENDANT'S REQUEST FOR EXCEPTION CONCERNING SETTLEMENT CONFERENCE**<br><br>Date:       July 31, 2013<br>Time:      1:30 p.m.<br>In Chambers- Room 3071 |

TO UNITED STATES MAGISTRATE JUDGE PEGGY A. LEEN:

Per the Order Scheduling Settlement Conference (Doc. #86), Defendant hereby requests an exception to the requirement that an insurance carrier representative be present at the Settlement Conference[1]. Defendant will be attending the conference through its Director of Human Resources and its counsel, both inside and outside. Its insurance carrier representative, Marjorie Levine, is located in New York, and would like to appear by phone, if necessary. Ms. Levine will vest counsel and the Human Resources Director with authority to resolve the matter, within their discretion, so that Defendant will be in a position to productively discuss resolution of the matter at the conference. Defendant is confident that Ms. Levine's absence should not impact the ability to resolve the matter, should resolution be appropriate.

---

[1] Defendant is concurrently filing a motion to continue the conference for at least a week, since counsel and the client representative will be on vacation.

516233.1

Page 1 of 3

For the foregoing reason, Defendants requests that Ms. Levine be excepted from the personal attendance requirement.

DATED this 9 day of July, 2013.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

BY: _____
Sheri M. Thome, Esq.
Nevada Bar No. 008657
300 South Fourth Street, 11th Floor
Las Vegas, Nevada  89101
*Attorneys for Defendant*

IT IS SO ORDERED this 15th day of July, 2013.

_____
Peggy A. Leen
United States Magistrate Judge

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP and that on this 9th day of July, 2013 I electronically filed, served and mailed a true and correct copy of the foregoing DEFENDANT'S REQUEST FOR EXCEPTION CONCERNING SETTLEMENT CONFERENCE to all parties on file with the CM/ECF.

Terris R. Jones, Sr.
715 S. Third Street, Apt. #7
Las Vegas, Nevada 89101
(702) 521-3523
*Plaintiff in proper person*

BY _____
An Employee of
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

516233.1